IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-01167-JF |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER CONTINUING |
| v. | ) | VICENTE HERNANDEZ-SANCHEZ'S |
| | ) | SENTENCING HEARING TO JUNE 17, |
| VICENTE HERNANDEZ-SANCHEZ, | ) | 2010 |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

GOOD CAUSE APPEARING, Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from Thursday, May 20, 2010, at 9:00 a.m., to ~~Monday,~~ June 17, 2010, at 9:00 a.m.

Dated: May 12, 2010

_____
HON. JEREMY FOGEL
United States District Judge

ORDER Continuing the Sentencing Hearing
CR 09-01167 JF                    1