1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant HERNANDEZ-SANCHEZ

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,        )  No. CR 09-01167-JF
                                      )
12 |       Plaintiff,                 )  [PROPOSED] ORDER CONTINUING
   | v.                               )  VICENTE HERNANDEZ-SANCHEZ'S
13 |                                  )  SENTENCING HEARING TO JULY 1,
   | VICENTE HERNANDEZ-SANCHEZ,       )  2010
14 |                                  )
   |       Defendant.                 )
15 | _____)

16

17                        **ORDER**

18     GOOD CAUSE APPEARING, Good cause appearing and by stipulation of the parties, it

19 is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued

20 from June 17, 2010, to July 1, 2010, at 9:00 a.m.

21

22 Dated: June  14 , 2010                    _____
                                              HON. JEREMY FOGEL
23                                            United States District Judge

24

25

26

ORDER Continuing the Sentencing Hearing
CR 09-01167-JF                               1