IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VICENTE HERNANDEZ-SANCHEZ,<br><br>　　　　Defendant. | No. CR 09-01167-JF<br><br>[PROPOSED] ORDER CONTINUING VICENTE HERNANDEZ-SANCHEZ'S SENTENCING HEARING TO JULY 22, 2010 |

**ORDER**

GOOD CAUSE APPEARING, Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from July 1, 2010, to July 22, 2010, at 9:00 a.m.

Dated: June  30 , 2010

_____
HON. JEREMY FOGEL
United States District Judge

ORDER Continuing the Sentencing Hearing
CR 09-01167-JF                                    1